# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:15-CV-00554-GCM

| | |
|---|---|
| LESLIE TERESA KITE-MILLER, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KURZ TRANSFER PRODUCTS, LP. ) | |
| THANG NGUYEN, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court upon its own motion. Plaintiff filed her *pro se* complaint on November 17, 2015. (Doc. No. 1) On February 17, 2016, the Court issued an Order notifying Plaintiff that she had failed to complete service within the time allotted under Rule 4(m) of the Federal Rules of Civil Procedure, and directing her to show cause as to why this matter should not be dismissed. (Doc. No. 3) Plaintiff was direct to file a response or complete service within 10 days. Plaintiff failed to respond or serve the summons and complaint. The case will therefore be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED** that this case is hereby **DISMISSED.**

**SO ORDERED.**

Signed: March 4, 2016

Graham C. Mullen
United States District Judge