# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Leslie Teresa Kite-Miller, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00554-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Kurz Transfer Products, LP. Thang Nguyen, Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 4, 2016 Order.

March 4, 2016

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court